OCT 30 2025 AM10:52
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| **JAMES M. CUYLER**<br>**Plaintiff**<br><br>v.<br><br>**FREEDOM MORTGAGE CORP.**<br>**CARDINAL FINANCIAL CO.**<br>**LIMITED PARTNERSHIP,**<br>**STATE OF FLORIDA,**<br>13TH JUDICIAL CIRCUIT<br>**JUDGES;** CHIEF; CHRISTOPHER<br>C. SABALLA, CHERYL K.<br>THOMAS, HELENE L. DANIEL,<br>**ATTORNEYS;** AMANDA<br>DRISCOLE, JULIE YORK,<br>GAVIN MACMILLAN, THOMAS<br>E. BROCK, GREGORY A. SCOTT,<br>**(RMFMP) BAR FOUNDATION;**<br>RYAN GUY, AND JOHN PRESTON<br>WILLIAMSON<br>      **Defendants** | )<br>)<br>)<br>)<br>**Civil Action No:**<br>8:25-CV-02951-SDM-TGW<br>**Jury Trial Demanded** |

## COMPLAINT FOR CIVIL RIGHTS VIOLATIONS AND CONSPIRACY TO COMMIT FRAUD

Comes now, plaintiff in the above style action, and files this

**Complaint** for Civil Rights Violations and Conspiracy to commit Fraud

against the above named defendants in their **"individual and official**

**capacity"** for violating plaintiff's civil rights under the Fourteenth

**1.**

Amendment of the United States Constitution (due process of law) and under the color of State and federal law provision, **42 U.S.C. § 1983, and § 1985.** Plaintiff will show that defendants has intentionally deprived plaintiff of his protected rights under the laws of the State of Florida and the United States Constitution. Thereby injuring plaintiff in the sum of **$50,000,000.00 (Fifty Million Dollars).**

## I. NATURE OF COMPLAINT

This action is brought by James M. Cuyler, (Disable Veteran, citizen of the State of Florida and the United States), against above name **officers and officials** of the court, in their **individual** and **official capacity (hereinafter "Defendants" ).** Plaintiff have been treated differently than other people (who file complaints and appeals; in State Courts) in similar Situations. Plaintiff have been subjected to intentional and malicious acts of deprivation of constitutional civil rights for filing valid claims and appeals in State Court, State Appeals Court and State Supreme Court. Defendants have denied plaintiff equal rights to be heard and equal rights to the Court, by denying Plaintiff trial by jury, which is guaranteed by State and Federal constitutional law.

2.

Plaintiff seeks relief from these State Officials/Officers of the court and Financial Companies, pursuant to **Title 28 U. S. Codes § 1331, § 1334, Title 42 U. S. Codes § 1983 and § 1985** in claims arising from Violations of State and Federal Constitutional law, guaranteed under the 14th Amendment of the U.S. Constitution and Florida Constitution.

The **actions complained** of arises out of Claims and Appeals filed in the Supreme Court of Florida, the Second District Court of Appeal and THE 13TH JUDICIAL CIRCUIT HILLSBOROUGH COUNTY, where defendants conspired with the Courts, where orders rendered without explanation to dismiss a valid claim of Mortgage Fraud and Breach of Contract. Defendants conspired to continue to allow a Fraudulent Foreclosure claim filed in court by Freedom Mortgage Corp., who conspired with cardinal Financial Company to transfer the loan to Freedom Mortgage Corp., to get rid of the lawsuit against Cardinal Financial company, who committed Mortgage and Breach of Contract. Defendants **(officers of the court are helping Freedom Mortgage Corp., and Cardinal Financial Company cover up this criminal act)** actions is considered a Civil Rights violation and Conspiracy to commit fraud (as it relates to Mortgage Fraud and Breach of Contract).

**3.**

This action is a Constitutional Civil Rights action challenging the intentional and malicious acts of civil rights violations by State officers/officials. These officers/officials are legally bound to Up hold their Oath and administer Justice equally in their sworn official capacity, as it pertains to, Plaintiff Civil Right. Defendants actions against a Pro Se litigant is a willful and intentional violation of **28 U. S. Codes § 1654.**

These defendants abuse their discretion and violated their Oath, wherein defendants; of the 13th Judicial Circuit Court, judge Cheryl K. Thomas rendered an order dismissing the complaint **With Prejudice** filed against Freedom Mortgage Corp., **(case number 25-CA-001855)** by James M. Cuyler, dismissed without explanation or citing any **law. See exhibit A.**

**Moreover,** in the present case pending in the 13TH JUDICIAL CIRCUIT HILLSBOROUGH COUNTY, case number **(25-CA-003186)** the officers of the Court, judge Helene Daniel continue to conspire with Freedom Mortgage Corp., and Attorneys, and Bar Foundation members to deprive James M. Cuyler of equal rights to the court.

These unlawful acts by Defendants, violates Plaintiff Civil Rights, Due Process of law, and Equal Protection under the Fourteenth Amendment. All of the above named Defendants conspired and deprived Plaintiff of State

4.

and Federal Constitutional Rights.

In the United States, the trial is the principal method for resolving legal disputes that parties can not settle by themselves or through less formal methods. The chief purpose of a trial is to secure fair and impartial administration of justice. Trials seeks to ascertain the truth of the matters in issues between the parties and to apply the law to those matters. "Great caution should be exercised when a court is considering denying a litigant the opportunity to demonstrate that he is entitled to the benefit of a trial." Stephens V. Dichtenmueller, 216 So. 2d 448 (Fla. 1968).

The United States Constitution, Amendment VII, provides "In suits at common law, the right of trial by jury shall be preserved." The Florida Constitution, Art.1, sec. 22, provides that "the right of trial by jury shall be secure to all and remain Inviolate." The right to trial by jury is broader under the Florida Constitution than under the United States Constitution because Art.1,sec. 22, does not contain the restriction "Suits at common law" and Contains the stronger, unequivocal language of "Inviolate" in lieu of merely "Preserved." The right to trial by jury is also found in Rule 1.430, Fla. Rules of Civil procedure. The right to trial by a jury of one's peers in civil cases is a defining feature of our State and Federal judicial system. Florida Power Corp., V. Smith, 202 So. 2d 872, 882 (Fla. 2d DCA 1967) "The jury system is the foundation stone of our whole judicial concept. It is

5.

designed to provide all persons with a fair factual determination before judgment."

28 U.S.C. § 453, "*I, _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ____under the Constitution and laws of the United States. So* help me God.*"*

The Supreme Court of Florida, the Second District Court of Appeals and the 13th Judicial Circuit Court continue to **aid and abetted** Freedom Mortgage Corp., and Cardinal Financial Company in covering up, **Mortgage Fraud, Breach of Contract and Fraudulent Foreclosure claims,** is a clear violation of Plaintiff Due process of law rights.

## II. JURISDICTION AND VENUE

Plaintiff claim Federal Court jurisdiction pursuant to 28 U.S.C. § § 1331, 1343, 42U.S.C. § 1983. and § 1985. Also, under (concurrent jurisdiction).

# III. PARTIES

## 1.

Plaintiff; James M. Cuyler, Is a resident of 13913 Windy Knoll Dr., Riverview, FL 33579.

## 2.

Defendants; are Freedom Mortgage Corp., can be served through its Registered Agent; Compliance Consulting Corporation of Florida, and is located at 521 Lake Ave., Suite 4, Lake Worth FL 33460. Defendant Cardinal Financial Company, can be served through its Registered Agent, Solutions, Inc. and is located at 155 Office Plaza Drive, Suite A, Tallahassee, FL 32301. State of Florida, 13th judicial circuit, Judges; Chief, Christopher C. Saballa, Cheryl K. Thomas, Helene L. Daniel, Attorneys; Amanda Driscole, Julie York, Gavin MacMillan, Thomas E. Brock, and Gregory A. Scott.

Defendants addresses are as follows & where they maybe served:

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Attorney General
James Uthmeier
State of Florida
PL-01 The Capitol
Tallahassee, FL 32399

U.S Attorney General
Gregory Kehoe
400 North Tampa Street
Suite, 3200
Tampa, FL 33602

Freedom Mortgage Corp.
951 Yamato Rd., Suite 175
Boca Raton, FL 33431

Cardinal Financial Company
Registered Agent Solutions, Inc
155 Office Plaza Drive, Suite-A
Tallahassee, FL 32301

Ryan Guy and
John Preston Williamson
1610 N. Tampa St.
Tampa, FL 33602

7.

Amanda Driscole, Esq.  
Brock & Scott PLLC  
2001 NW 64th St., Suite 110  
Fort Lauderdale, FL 33309

Gavin MacMillan  
Julie York  
2001 NW 64th St., Suite 110  
Fort Lauderdale, FL 33309

## IV. COUNTS

Despite my following the **rules** and **laws** that the **Constitution** has laid out as a road map to filing claims and appeals in State Court, **the above named Defendants** conspired to deprive James M. Cuyler of Due Process of law Rights of the State of Florida and Federal Constitution. These State officials/officers have violated Procedural Due Process, which violates Plaintiff Civil Rights by not following the Codes of Judicial Conduct, Florida Rules of Civil and Appellate Procedures, Oath of Office, and the Law. These officials/officers have ignored the **rules** and **laws** of conducting court proceedings, so that any person will receive a fair and impartial system of justice.

### COUNTS OF CIVIL RIGHTS VIOLATIONS AND CONSPIRACY TO COMMIT FRAUD BY FINANCIAL COMPANIES AND OFFICERS OF THE COURT OF THE STATE OF FLORIDA

8.

## FREEDOM MORTGAGE  CORP., CONSPIRED AND COMMITTED FRUAD

## COUNTS-A1-A9

## COUNTS-A1

Defendant(s) Freedom Mortgage and Attorneys; **Amanda Driscole, Gavin MacMillan, Julie York, Thomas E. Brock, and Gregory A. Scott** knowingly conspired with U.S. Department of Veterans Affairs Regional Office, St Petersburg Florida to commit fraud by attempting to force Plaintiff, James M. Cuyler into foreclosure. Wherein, the VA loan officer sign the loan over to freedom mortgage without commutating with Plaintiff James M. Cuyler. This illegal act is a violation of the contract and Due Process of law rights.

## COUNTS-A2

Defendant(s) Freedom Mortgage and Attorneys; **Amanda Driscole, Gavin MacMillan, Julie York, Thomas E. Brock and Gregory A. Scott** knowingly conspired and committed fraud with Cardinal Financial, wherein, freedom mortgage purchased the loan from cardinal financial to cover up mortgage fraud and knowing at the time, that there was a pending lawsuit against Cardinal Financial by Plaintiff, James M. Cuyler. Now, Freedom

9.

Mortgage is attempting to foreclose on plaintiff home, this is fraud and breach of contract.

## COUNTS-A3

Defendant(s) Freedom Mortgage and Attorneys; **Amanda Driscole, Gavin MacMillan, Julie York, Thomas E. Brock and Gregory A. Scott** knowingly conspired and committed fraud with Cardinal Financial, and U.S. Department of Veterans Affairs Regional Office, of St Petersburg Florida, wherein, U.S. Department of Veterans Affairs knowingly Aided and abetted Cardinal Financial and Dovenmuehle Mortgage, Inc., by sending Plaintiff threatening Foreclosure letters. **See exhibit-R,** (Dovenmuehle letter from Dept. of VA).

## COUNTS-A4

Defendant(s) Freedom Mortgage and Attorneys; **Amanda Driscole, Gavin MacMillan, Julie York, Thomas E. Brock and Gregory A. Scott** knowingly conspired and committed fraud with Cardinal Financial, and U.S. Department of Veterans Affairs Regional Office, of St Petersburg Florida, wherein, Freedom Mortgage was aware of Cardinal Financial fraudulent "Predatory Lending Practices," unfair tactics, such as high fees and tricky

**10.**

balloon monthly payments, for example, adding taxes to Mortgage payments, then threaten to foreclose on Plaintiff home if the full amount is not paid and refusing to accept any payment.

## COUNTS-A5

Defendant(s) Freedom Mortgage and Attorneys; **Amanda Driscole, Gavin MacMillan, Julie York, Thomas E. Brock and Gregory A. Scott** knowingly conspired and committed fraud with Cardinal Financial, and U.S. Department of Veterans Affairs Regional Office, of St Petersburg Florida, wherein, Freedom Mortgage continued it unlawful practices, even though, the CFPB file a lawsuit against Freedom Mortgage for its unlawful acts of fraudulent foreclosures on consumers homes.

## COUNTS-A6

Defendant(s) Freedom Mortgage and Attorneys; **Amanda Driscole, Gavin MacMillan, Julie York, Thomas E. Brock and Gregory A. Scott** knowingly conspired and committed fraud with Cardinal Financial, and U.S. Department of Veterans Affairs Regional Office, of St Petersburg Florida, wherein, Freedom Mortgage was aware of Cardinal Financial transfer of the mortgage to Dovenmuehle Mortgage, Inc., prior to Cardinal Financial trying

11.

to escape liability for mortgage fraud by transferring the loan to another Mortgage company.

## COUNTS-A7

Defendant(s) Freedom Mortgage and Attorneys; **Amanda Driscole, Gavin MacMillan, Julie York, Thomas E. Brock and Gregory A. Scott** knowingly conspired and committed fraud, wherein, they filed a fraudulent Motion to Dismiss in the case, James M. Cuyler filed against freedom mortgage corp. Judge Cheryl K. Thomas rendered an order dismissing the case without citing any law or explanation.

## COUNTS-A8

Defendant(s) Freedom Mortgage and Attorneys; **Amanda Driscole, Gavin MacMillan, Julie York, Thomas E. Brock and Gregory A. Scott** knowingly conspired and committed fraud, wherein, Freedom Mortgage Corp., attorneys filed a fraudulent Foreclosure claim against Plaintiff James M. Cuyler property, which violated the Federal Southern District Court of Florida Order, **"enjoining Freedom Mortgage from filing false data information in court and preventing Freedom Mortgage from committing future foreclosure violations"**. The actions violated Plaintiff,

12.

James M. Cuyler civil rights.

# CARDINAL FINANCIAL COMPANY CONSPIRED AND COMMITTED FRUAD

## COUNTS-B1-B6

## COUNTS-B1

Defendant(s), cardinal financial fraudulent acts claiming that Plaintiff is responsible for September Mortgage of monthly payment of $9,555.64., and late charges of $70.23. Which is a total monthly payment due of $9,625.87., Defendant refuse to accept Plaintiff payment of $2,399.94. This intentional act is fraud an is an attempt to force Plaintiff into foreclosure. This illegal act is a breach of contract and mortgage fraud under Florida Statutes.

## COUNTS -B2

Defendant(s) cardinal financial intentionally added taxes to Plaintiff monthly mortgage in order to claim an interest and estate in the property. By adding taxes is a breach of contract and mortgage fraud.

## COUNTS-B3

Defendant(s) cardinal financial actions violates the Florida Statutes

**13.**

in mortgage lending and contract agreements. See attached documents. **Exhibit-B,** Mortgage loan, shows that the taxes are paid in the mortgage. **Exhibit-C,** I am a Disable Veteran, no property taxes. **Exhibit-D,** Letter from Cardinal Financial Co. January 7, 2022 stating that the property tax inquiry have been "changed/adjustments have been completed." **Exhibit-E,** Letter from Cardinal Financial Co. September 28, 2023, stating that the property tax inquiry have been "changed/adjustments have been completed." Defendant actions is fraud and breach of contract.

## COUNTS-B4

Plaintiff have had exclusive, complete, actual, and continuous possession of the real property for more than 2 years. Now, Defendant decide to add taxes to plaintiff mortgage that has been already paid. Plaintiff has paid all taxes through the mortgage payment for the past 2 years. Plaintiff have made numerous attempts to pay his mortgage and Defendant continue to refuse the payment until plaintiff pay all taxes that showing due. Defendant actions are fraud and breach of contract.

## COUNTS OF CIVIL RIGHTS VIOLATIONS AND CONSPIRACY TO COMMIT FRAUD BY OFFICERS OF THE COURT OF THE STATE OF FLORIDA

14.

## COUNTS-C1-C6

## COUNTS-C1

This Officer/Official of the 13th Judicial Circuit Court of Florida **(Judge, Helene L. Daniel),** has intentionally disregarded the Codes of Judicial Misconduct and her Oath of office. As an officer of the court, she ignored the procedures and circumvented the rules and laws, by **aiding, abetting,** and conspiring with **(Freedom Mortgage attorneys in the Fraudulent Foreclosure Claim**) in an attempt to deprive James M. Cuyler of equal rights to the court and trial by jury, by rendering orders Dismissing Counterclaim without prejudice, Granting Motion Dismissing Request for Punitive Damages, Granting Motion Dismissing Extension of time as moot, and Granting Motion to Strike Jury Trial Demand, which violated plaintiff Fourteenth Amendment rights (42 U.S.C. § 1983). Wherein, she committed fraud and conspired to deprive Plaintiff of equal protection of the laws of the State of Florida and United States Constitution.

## COUNTS-C2

**Judge, Helene L. Daniel** committed fraud upon the court by, **1)** ignoring the Chief Judge Mediation Order, **2) Judge Daniel** rendered a

**15.**

Mediation Order after the Chief judge order. Ordering Freedom Mortgage Corp. to retain there on private mediator, then vacating that order, 3) **Judge, Helene L. Daniel** Granting Freedom Mortgage Corp., 4 Motions without good cause., (stated in the above paragraph) 4) **Judge, Helene L. Daniel** ignored pending motions and objections for months and haven't ruled on them, 5) **Judge, Helene L. Daniel** ignored the CFPB decision, wherein Freedom Mortgage was fine millions of dollars for filing false documents (data) in courts to foreclose on consumers homes. The CFPB entered and "**injunction**" against Freedom Mortgage, because Freedom Mortgage is a repeat offender that has ignored requirements to submit accurate data. The Director of CFPB stated that, the "**CFPB is making sure that Freedom Mortgage pays for their actions as well as institutes guardrails to prevent future violations**", 6) **Judge, Helene L. Daniel** ignored the Federal judge decision of Southern District Court of Florida, (Judge Donald M. Middlebrooks) (**obey-the-law "injunction order"**) against Freedom Mortgage Corp., for filing hundreds of false foreclosure claims. The Bureau retain an order from the Federal District Court "**enjoining Freedom Mortgage from filing false data information in court and preventing Freedom Mortgage from committing future foreclosure violations**"., 7)

16.

Judge, **Helene L. Daniel** ignored the fact that the **"injunction order"** was upheld by the Eleventh Circuit Court of Appeals of the United States.

## COUNTS-C3

Judges; **Helene L. Daniel,** Non actions, not ruling on motions and objections in a timely matter, demonstrates that she is bias and prejudice and can not be impartial, which violated plaintiff Fourteenth Amendment rights (42 U.S.C. § 1983). Wherein, she committed fraud and conspired to deprive Plaintiff of equal protection of the laws of the State of Florida and United States Constitution. Her actions and non actions makes her an Advocate for Freedom Mortgage Corp.

## COUNTS-C4

**Judge Cheryl K. Thomas** was aware of the pending lawsuit filed against her by Plaintiff, James M. Cuyler, prior to rendering the order granting Defendants Motion to Dismiss. **See Exhibit-F.** (page of lawsuit) It is clear that the court **Judge Cheryl K. Thomas** allowed her personal feelings to cloud her judgment and violated plaintiff Fourteenth Amendment rights (42 U.S.C. § 1983). Wherein, she committed fraud and conspired to deprive Plaintiff of equal protection of the laws of the State of Florida and

17.

United States Constitution, deprive Plaintiff of Due Process.

## THE BAR FOUNDATION OF THE STATE OF FLORIDA

### COUNTS-C5

**John Preston Williamson and Ryan Guy** of the Florida Bar Foundation conspired with the court, Judge Helene L. Daniel and the Attorneys for Freedom Mortgage Corp., violated plaintiff Fourteenth Amendment rights (42 U.S.C. § 1983). Wherein, they committed fraud and conspired to deprive Plaintiff of equal protection of the laws of the State of Florida and United States Constitution. Wherein, they presented false information to the court to help the attorneys for Freedom Mortgage Corp., not to be found In contempt of court for violating Chief Judge, Christopher C. Saballa, Mediation Order. **John and Ryan** admitted being aware of the order but still present false information to the court, which deprived Plaintiff, James M. Cuyler of Due Process. **See exhibit-G&H**

### COUNTS-C6

**Chief Judge, Christopher C. Saballa** rendered a Mediation Order, Referring both parties to mediation and directing Freedom

18.

Mortgage Corp., to pay and set up the mediation within ten days of that order. Freedom Mortgage Attorneys ignored the Order. Plaintiff, James M. Cuyler filed two motions of contempt against Freedom Mortgage Corp. because more than 90 days had past and Freedom Mortgage Corp., had not paid or set up the mediation hearing, that was ordered by the Court; Chief Judge Christopher C. Saballa. Judge Saballa, non actions violate Plaintiff Due Process of law rights. Judge Saballa failure to find Freedom Mortgage Corp., in contempt is bias and prejudice and considered aiding and abetting Freedom Mortgage Corp. **see exhibit-I**

**Therefore,** All officers/officials of the Court took an Oath to uphold the laws of the State in which they resided and United States. Officers/Officials of the court have a responsibility to the people, to report any other officer(s), if they know that another officer( Judge, Attorney, clerk or any other officers) of the court violating the rules or laws, they are to report them to the next highest authority.

**19.**

# V. IN CONCLUSION

Wherefore, plaintiff **demands a trial by jury** and so hereby asking for the following **$50,000,000.00 (Fifty Million Dollars).**

**$10,000,000., (Ten Million Dollars) to be paid by Freedom Mortgage Corp., $10,000,000., (Ten Million Dollars) to be paid by Cardinal Financial Company, $10,000,000., (Ten Million Dollars) to be paid by State of Florida; $1,000,000., (One Million Dollars) to be paid by Chief Judge, Christopher C. Saballa, $1,000,000., (One Million Dollars) to be paid by Helene L. Daniel, $1,000,000., (One Million Dollars) to be paid by Cheryl K. Thomas $1,000,000., (One Million Dollars) to be paid by Amanda Driscole, $1,000,000., (One Million Dollars) to be paid by Gavin MacMillan, $1,000,000., (One Million Dollars) to be paid by Julie York, $1,000,000., (One Million Dollars) to be paid by Thomas E. Brock $1,000,000., (One Million Dollars) to be paid by Gregory A. Scott $1,000,000., (One Million Dollars) to be paid by Ryan Guy, $1,000,000., and (One Million Dollars) to be paid by John Preston Williamson.**

Also, plaintiff is seeks a judgment against defendants for intentional tort, declaratory relief, injunctive relief, compensatory and punitive damages

**20.**

in an amount to be determined by **a fair and impartial jury** to be sufficient to deter these defendants in the future and such other relief as this court may deem just and proper for violating plaintiff's constitutional civil rights, which has caused undue hardship, mental anguish and emotional stress.

Therefore, defendants are liable as a matter of state and Federal law. If this case is dismissed without a trial by jury. Plaintiff reserve the right to amend the complaint under title **42 U.S.C § 1983.**

## VI. PRAYER FOR RELIEF

Wherefore, plaintiff respectfully prays:

1.For a judgment against defendants in the sum amount of, **$50,000,000.00 (Fifty Million Dollars).** for defendants violation of plaintiff's statutorily protected rights.

2.For a judgment against defendants on plaintiffs complaint in an amount to be determined by a fair and impartial jury to constitute just compensation for defendants intentional, willful and malicious acts of deprivation of rights and punitive damages in an amount to be sufficient to deter these defendants in the future.

3.For attorney's fees and cost as provided by **42 U.S.C.§ 1988;** and

**21.**

4.For a jury trial on all issues triable; and for such other relief as this

court deem just and proper.

Respectfully submitted this 30 day of October , 2025.

Respectfully,

James M. Cuyler

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| **JAMES M. CUYLER**<br>**Plaintiff**<br><br>V.<br><br>**FREEDOM MORTGAGE CORP.**<br>**CARDINAL FINANCIAL CO.**<br>**LIMITED PARTNERSHIP,**<br>**STATE OF FLORIDA,**<br>13TH JUDICIAL CIRCUIT<br>**JUDGES; CHIEF; CHRISTOPHER**<br>C. SABALLA, CHERYL K.<br>THOMAS, HELENE L. DANIEL,<br>**ATTORNEYS;** AMANDA<br>DRISCOLE, JULIE YORK,<br>GAVIN MACMILLAN, THOMAS<br>E. BROCK, GREGORY A. SCOTT,<br>**(RMFMP) BAR FOUNDATION;**<br>RYAN GUY, AND JOHN PRESTON<br>WILLIAMSON<br>**Defendants** / | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Civil Action No:**<br>_____<br>**Jury Trial Demanded** |

## CERTIFICATE OF SERVICE

I, do hereby certify that a copy of this **COMPLAINT FOR CIVIL RIGHTS VIOLATIONS AND CONSPIRACY TO COMMIT FRAUD** by depositing same in the United States Mail envelopes with sufficient postage affixed thereon to insure delivery addressed as follows:

**Respectfully submitted this ___30___ day of _October_, 2025.**

**United States Attorney General**
**U.S. Department of Justice**
**950 Pennsylvania Avenue, N.W.**
**Washington, D.C. 20530**

**Attorney General**
**James Uthmeier**
**State of Florida**
**PL-01 The Capitol**
**Tallahassee, FL 32399**

23.

U.S Attorney General
Gregory Kehoe
400 North Tampa Street
Suite, 3200
Tampa, FL 33602

Freedom Mortgage Corp.
951 Yamato Rd., Suite 175
Boca Raton, FL 33431

Cardinal Financial Company
Registered Agent Solutions, Inc
155 Office Plaza Drive, Suite-A
Tallahassee, FL 32301

Ryan Guy and
John Preston Williamson
1610 N. Tampa St.
Tampa, FL 33602

7.

Amanda Driscole, Esq.
Brock & Scott PLLC
2001 NW 64th St., Suite 110
Fort Lauderdale, FL 33309

Gavin MacMillan
Julie York
2001 NW 64th St., Suite 110
Fort Lauderdale, FL 33309

Respectfully,

James M. Cuyler

13913 Windy Knoll Dr.
Riverview, FL 33579
Phone Number: (813) 503-1628

24.

# EXHIBIT A

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

James M. Cuyler,                                    GENERAL JURISDICTION DIVISION

        Plaintiff,                                    Case No. 25-CA-001855

vs.

Freedom Mortgage Corporation; et al.,

        Defendants.

_____/

## ORDER ON DEFENDANTS', BROCK & SCOTT, PLLC, THOMAS E. BROCK, AND GREGORY A. SCOTT, MOTION TO DISMISS PLAINTIFF'S COMPLAINT

THIS CAUSE, having come before the Court on Defendants' Brock & Scott PLLC,

Thomas E. Brock and Gregory A. Scott (collectively referred to as the "Defendants"), Motion to

Dismiss Plaintiff's Complaint (the "Motion") and all parties having been duly and properly

noticed for the hearing, and the Plaintiff, James M. Cuyler, having failed to appear after proper

notice, and Defendant Freedom also having appeared via their counsel, and the Court having

heard the Defendants' Motion and legal argument, it is hereby

**ORDERED AND ADJUDGED:**

1.     Defendants' Motion is **GRANTED.**

2.     The Plaintiff's Complaint is dismissed with prejudice as to the Defendants.

3.     Defendants do not originate loans.

4.     Fla. Stat. § 817.545 is a penal statute and does not provide for a private cause of

action. See Smith v. Select Portfolio Servicing, Inc., 2021 WL 4989925, at *2 (S.D. Fla. 2021)

quoting Dixon v. Green Tree Servicing, LLC, 2019 WL 2866495, at *10 (S.D. Fla. 2019) and

therefore amendment would be futile.

Case No. 25-CA-001855                 Page 1 of 2      B&S File No.: 25-F01038

04/29/2025 02:25:47 PM Electronically Filed: Hillsborough County/13th Judicial Circuit.                 Page 1

5.      The heightened pleading requirement of Fla. Stat. § 817.034 was not and cannot be met as Defendants do not originate loans and any claim under this statute is barred by the litigation privilege, therefore amendment would be futile.  Levin, Middlebrooks, et al. v. United States Fire Insurance Co., 639 So. 2d 606 (Fla. 1994).

6.      The request for punitive damages is stricken with prejudice as there was no reasonable showing by evidence in the record or proffered by the claimant which would provide a reasonable basis for recovery of such damages, nor did Plaintiff obtain leave from the Court to seek same. Kraft General Foods, Inc. v. Rosenblum, 635 So.2d 106,107 (Fla. 4th DCA 1994).

**DONE AND ORDERED** in Chambers at Hillsborough County, Florida, this

_____ day of _____, 2025.

25-CA-001855 4/29/2025 2:19:35 PM

**25-CA-001855 4/29/2025 2:19:35 PM**
**Judge Cheryl Thomas**

By:_____
        CIRCUIT COURT JUDGE

copies furnished to:

Amanda Driscole Esq.
Brock & Scott, PLLC
Attorney for Plaintiff
2001 N.W. 64th Street, Suite 130
Ft. Lauderdale, FL 33309
FLCourtDocs@brockandscott.com

James M. Cuyler
13913 Windy Knoll Drive
Riverview, FL 33579

Freedom Mortgage Corporation
c/o Joseph A. Apatov, Esq.
101 NE 3rd Avenue, Suite 1810
Fort Lauderdale, FL 33301
japatov@mcglinchey.com; kcummings@mcglinchey.com; rwalters@mcglinchey.com

Case No. 25-CA-001855          Page 2 of 2      B&S File No.: 25-F01038

# EXHIBIT A1





**U.S. DEPARTMENT OF VETERANS AFFAIRS**
**Regional Office, St. Petersburg -317**
**9500 Bay Pines Blvd.**
**St Petersburg, FL 33744**

January 01, 2024

2434495_1800**********AUTO**MIXED AADC 200   T5 P1
JAMES CUYLER
13913 WINDY KNOLL DR
RIVERVIEW, FL 33579-2105

In Reply Refer To:
17-17-6-2332007

Dear Sir/Madam:

Your mortgage company has notified us that you have fallen behind on your home loan payments. The Department of Veterans Affairs (VA) guarantees a portion of your loan and wants to ensure you are given every reasonable opportunity to bring your loan current and retain your home or avoid foreclosure. Your mortgage company has the primary responsibility of servicing the loan to resolve the default. However, in cases where the servicer is unable to help you, we encourage you to contact VA. All VA Loan Technicians specialize in assisting borrowers like yourself to ensure you understand the options for resolving a VA loan delinquency.

**What You Should Do**
You should contact DOVENMUEHLE MORTGAGE, INC at the number provided on your mortgage statement immediately. It is important for you to discuss with your mortgage company why you have been unable to make your payments. You must also be prepared to provide detailed information about your present income and monthly expenses and how these might change in the near future. Your mortgage company will work with you to keep you in your home whenever possible, but if you have been unable to make suitable arrangements with them, please feel free to call me at the number on the back of this letter.

**Home Retention Options and Alternatives to Foreclosure**
Some of the options available to you for making up missed payments are outlined on the last page of this letter. Please read them carefully. There are several options that can assist you in bringing your loan current, or if you can no longer make your mortgage payments, there are various alternatives that may help you avoid foreclosure.

**What Happens To Your VA Entitlement**
If you are the original Veteran whose entitlement was used to obtain this loan, please call a VA at (877) 827 -3702, option 1, for answers regarding future usage of your VA entitlement.

**Bankruptcy Disclosure**
This letter is not an action to collect a debt, but the information is provided in accordance with Title 38, United States Code, section 3732(a)(4), which requires the Secretary of Veterans Affairs to provide Veteran borrowers with information about alternatives to foreclosure and the potential liabilities of VA and Veteran borrowers in the event of foreclosure. If your debt has been discharged, or if you are presently under the protection of the Bankruptcy Act, you may wish to discuss this information with your attorney.

# EXHIBIT B

# Closing Disclosure

This form is a statement of final loan terms and closing costs. Compare this document with your Loan Estimate.

## Closing Information

| | |
|---|---|
| Date Issued | 10/11/21 |
| Closing Date | 10/12/21 |
| Disbursement Date | 10/12/21 |
| Settlement Agent | Tiago National Title, LLC |
| File # | FL21-05671 |
| Property | 13913 Windy Knoll Drive Riverview, FL 33579 |
| Sale Price | $385,000 |

## Transaction Information

| | |
|---|---|
| Borrower | James Michael Cuyler 13913 Windy Knoll Drive Riverview, FL 33579 |
| Seller | Nanette Soto 13913 Windy Knoll Drive Riverview, FL 33579 |
| Lender | Cardinal Financial Company, Limited Partnership |

## Loan Information

| | |
|---|---|
| Loan Term | 30 years |
| Purpose | Purchase |
| Product | Fixed Rate |
| Loan Type | ☐ Conventional ☐ FHA ☒ VA ☐ _____ |
| Loan ID # | 1401342696 |
| MIC # | 17-17-6-2332007 |

## Loan Terms

| | | Can this amount increase after closing? |
|---|---|---|
| Loan Amount | $385,000 | NO |
| Interest Rate | 3.625% | NO |
| Monthly Principal & Interest<br>See Projected Payments below for your Estimated Total Monthly Payment | $1,755.80 | NO |
| | | **Does the loan have these features?** |
| Prepayment Penalty | | NO |
| Balloon Payment | | NO |

## Projected Payments

| Payment Calculations | Years 1-30 |
|---|---|
| Principal & Interest | $1,755.80 |
| Mortgage Insurance | + $0.00 |
| Estimated Escrow<br>Amount can increase over time | + $748.06 |
| **Estimated Total Monthly Payment** | **$2,503.86** |

| Estimated Taxes, Insurance, & Assessments<br>Amount can increase over time<br>See page 4 for details | $759.39<br>a month | This estimate includes | In escrow? |
|---|---|---|---|
| | | ☒ Property Taxes | YES |
| | | ☒ Homeowner's Insurance | YES |
| | | ☒ Other: Homeowner's Association Dues | NO |
| | | See Escrow Account on page 4 for details. You must pay for other property costs separately. | |

## Costs at Closing

| | | |
|---|---|---|
| Closing Costs | $19,618.39 | Includes $5,553.95 in Loan Costs + $14,387.46 in Other Costs – $323.02 in Lender Credits. See page 2 for details. |
| Cash To Close | $2,081.59 | Includes Closing Costs. See Calculating Cash to Close on page 3 for details. |

# EXHIBIT C

**Bob Henriquez, CFA**
Hillsborough County Property Appraiser



County Center, 16th Floor
601 East Kennedy Boulevard
Tampa, Florida 33602-4932

Telephone: (813) 272-6100
Fax: (813) 276-8848
www.hcpafl.org

Owner (s) of record:
James Cuyler
Re: 077717-6532
Site: 13913 Windy Knoll Dr.
      Riverview, FL 33579

Dear Property owner/Mortgagee,

Our records indicate that the owner(s) of 13913 Windy Knoll Dr., folio number 077717-6532 has been approved for a 2022 property tax exemption.

The estimated just value of the property is $319,881. The total estimated **ad valorem** taxes for 2022 are $00.00 based on the property tax exemption the property has qualified for in 2022.

This estimate is not final and at this time is only an estimate. The final value will be available in August of 2022 on the Notice of Proposed Taxes (TRIM). Even though values are likely to change due to ongoing analysis throughout the year, the final estimate in this case will not change. The owner will be exempt from having to pay the Ad-Valorem portion of the tax bill.

**Be aware that the estimate of taxes does not include the non-ad valorem taxes and or any special district charges that will appear on the final tax bill in November.**

Sincerely,

Marilyn Martinez, CFE, CSM, CPM
Hillsborough County Property Appraiser
Asst. Director of Administrative Services
T. 813 276-8810
f. 813 276-8848
Email: martinezmm@hcpafl.org
Web: www.hcpafl.org

# EXHIBIT D



**CARDINAL**
FINANCIAL COMPANY | LIMITED PARTNERSHIP

January 07, 2022

MS1170

James Michael Cuyler
13913 Windy Knoll Dr
Riverview FL 33579-

Loan Number: 1488952563

RE: Tax Inquiry
    Property Address: 13913 Windy Knoll Dr
                      Riverview FL 33579

Dear James Michael Cuyler :

We received your inquiry regarding your property taxes and have reviewed your account.

We are pleased to advise you that your inquiry has been thoroughly researched. Please be informed that:

(x ) All changes/adjustments have been completed.

( ) No updates were required based on your inquiry.

( ) The tax bill submitted has been paid to the tax collector.

If you have any questions, please call us at 1-877-604-7294.

Sincerely,


Tax Division
Escrow Department

ET008/HOA

**MORTGAGE SERVICING**
1 Corporate Drive • Suite 360 • Lake Zurich, IL 60047-8946
Cust. Service: (877) 604-7294 • Fax: (847) 574-7659 • www.cardinalfinancial.com

   

# EXHIBIT E



## CARDINAL
FINANCIAL COMPANY | LIMITED PARTNERSHIP

September 28, 2023

MS1170

James Michael Cuyler
13913 Windy Knoll Dr
Riverview FL 33579-

Loan Number: 1488952563

RE: Tax Inquiry
     Property Address: 13913 Windy Knoll Dr
                       Riverview FL 33579

Dear James Michael Cuyler :

We received your inquiry regarding your property taxes and have reviewed your account.

We are pleased to advise you that your inquiry has been thoroughly researched. Please be informed that:

(X) All changes/adjustments have been completed.

( ) No updates were required based on your inquiry.

( ) The tax bill submitted has been paid to the tax collector.

If you have any questions, please call us at 1-877-604-7294.

Sincerely,

Tax Division
Escrow Department

ET008/CMT

   

# EXHIBIT F

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA SECOND DISTRICT

## APPEAL CASE NO: 2D25-0239

### 13TH JUDICIAL CIRCUIT COURT CASE L.T. NO.: 24-CA-007099

**JAMES M. CUYLER**
Appellant/Plaintiff

V.

**STATE OF FLORIDA, JUDGE; CHERYL K. THOMAS AND CLERK OF COURT; CINDY STUART**
Appellees/Defendants

## APPEAL FROM THE CIRCUIT COURT OF THE 13TH JUDICIAL CIRCUIT HILLSBOROUGH COUNTY FLORIDA CIVIL DIVISION

### APPELLANT INITIAL BRIEF

JAMES M. CUYLER
13913 WINDY KNOLL DR
RIVERVIEW, FL 33579
Ph# 813-503-1628



FILED
FEB 13 2025
CLERK DISTRICT COURT OF APPEAL
SECOND DISTRICT

# EXHIBIT G

copy or disseminate this information. Please reply and notify the sender of the error and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

---

**From: Cuyler, James <James.Cuyler@va.gov>**
**Sent: Tuesday, September 9, 2025 1:06 PM**
**To: John Preston Williamson <jpwilliamson@hillsbarfoundation.com>**
**Cc: Matthew Cuyler <mcuyler1@gmail.com>; James Michael Cuyler <jamesmichaelcuyler@gmail.com>; media.atlanta@fbi.gov <media.atlanta@fbi.gov>; victimsrights@fbi.gov <victimsrights@fbi.gov>; public.affairs@fbi.gov <public.affairs@fbi.gov>; House Committee on Veterans' Affairs <hvac.majority@mail.house.gov>; DOGE@mail.house.gov <doge@mail.house.gov>; hvac.dempress@mail.house.gov <hvac.dempress@mail.house.gov>; daniel.perez@flhouse.gov <daniel.perez@flhouse.gov>**
**Subject: RE: Cuyler, James - 29-2025-CA-003186 - Mediation docs status**

Good afternoon

So sir you already knew the information that you are asking for was already filed in court, per the court order dated June 3rd 2025 ninety days prior to you sending out the packet!

**From: John Preston Williamson <jpwilliamson@hillsbarfoundation.com>**
**Sent: Tuesday, September 9, 2025 12:38 PM**
**To: Cuyler, James <James.Cuyler@va.gov>**
**Cc: Matthew Cuyler <mcuyler1@gmail.com>; James Michael Cuyler <jamesmichaelcuyler@gmail.com>; media.atlanta@fbi.gov; victimsrights@fbi.gov; public.affairs@fbi.gov; House Committee on Veterans' Affairs <hvac.majority@mail.house.gov>; DOGE@mail.house.gov; hvac.dempress@mail.house.gov; daniel.perez@flhouse.gov**
**Subject: [EXTERNAL] Re: Cuyler, James - 29-2025-CA-003186 - Mediation docs status**

Good morning,

The order you attached is the order referring parties the RMFM program, which is our program.  I have attached a complete copy for your review, signed July 3rd, 2025 and docketed on the same day.

Thank you,

**Please submit all requests for rescheduling by email. All requests for a reschedule must be made 5 business days prior to the scheduled mediation, otherwise a $425 fee will be assessed. Parties are encouraged to review files well in advance of mediation to ensure mediations move forward the day of. The primary reason mediations cancel is due to the parties being unprepared.**

John Williamson

Hillsborough County Bar Foundation

Residential Mortgage Foreclosure Mediation Program

1610 N. Tampa Street

# EXHIBIT H

## IN THE CIRCUIT COURT FOR THE THIRTEENTH JUDICIAL CIRCUIT
## IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
## GENERAL CIVIL DIVISION

FREEDOM MORTGAGE CORPORATION,                    Case No.: 29-2025-CA-003186

      **Plaintiff,**                                         Division:  H

vs.

JAMES CUYLER,

      **Defendant(s).**

_____/

## NOTICE OF BORROWER NONCOMPLIANCE WITH RMFM PROGRAM

The Hillsborough County Bar Foundation, as Program Manager of the Residential Mortgage Foreclosure Mediation Program, hereby gives notice to the Court that the Defendant, James Cuyler, has failed to comply with this Honorable Court's Uniform Order of Referral to Foreclosure Mediation, in the following manner:

_____ The Program Manager was unable to make contact with the Borrower despite mail and telephone attempts.

_____ The Borrower advised that [he/she] does not wish to participate in mediation for this case.

_____ The Borrower failed or refuses to comply with the Borrower's Financial Disclosure for Mediation.

_____ The Borrower failed to cooperate with the Program Manager in establishing a date for the mediation conference.

_____ The Borrower did not appear at scheduled mediation.

_____ The Borrower did not timely cancel the original scheduled mediation conference and failed to pay the additional rescheduling fee.

__X__ Other: Borrower not responsive in returning requested financials, nor did the borrower indicate he would be participating in the mediation program when directly asked.

Signed on: 9/15/2025

By: _____

The Hillsborough County Bar Foundation
Residential Mortgage Foreclosure Mediation Program Manager
1610 N. Tampa Street
Tampa, FL 33602
813-490-5042

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 15ᵗʰ day of September, 2025 to:

Amanda Driscole
Brock & Scott, PLLC
4919 Memorial Hwy, Suite 135
Tampa, Florida 33634


James Cuyler
13913 Windy Knoll Drive
Riverview, Florida 33579


**The parties listed on this Certificate of Service reflect those parties provided to the Program Manager by the Plaintiff. Plaintiff is responsible for providing copies of this Notice to all of the parties to this litigation that are either not named in the Certificate of Service or are listed and no address was provided by the Plaintiff to the Program Manager. Any misspellings or typographical errors relating to the case style or the certificate of service are a result of the information being incorrectly entered by Plaintiff to the RMFMPInterface website in this particular case.**

**Hillsborough County Bar Foundation**
**Program Manager**
**Residential Mortgage Foreclosure Mediation Program**
**1610 N. Tampa Street**
**Tampa, Florida 33602**
**(813)490-5041**

# EXHIBIT I

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT**
**IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**
**GENERAL CIVIL DIVISION**

FREEDOM MORTGAGE CORPORATION,
**Plaintiff(s),**                                                        CASE NO.: 29-2025-CA-003186

**vs.**                                                                       DIVISION: H

JAMES MICHAEL CUYLER, et al.,
**Defendant(s).**

_____/

### UNIFORM ORDER OF REFERRAL TO FORECLOSURE MEDIATION
*(Effective April 1, 2025)*

Under Chapter 44 of the Florida Statutes and Rules 1.700-1.730 of the Rules of Civil Procedure, the court finds that the above styled cause is appropriate for mediation and the case is hereby referred to the Hillsborough County Bar Foundation Residential Mortgage Foreclosure Mediation Program ("RMFM Program") for mediation in accordance with the provisions outlined below.

1.      Within 10 days from the date of this Uniform Order of Referral to Foreclosure Mediation ("Order of Referral") the plaintiff must:

A.      Provide to the RMFM Program payment in the amount of $850.00 for mediation services to be provided by the RMFM Program.  Mediation services will include maintaining a web-enabled information platform, the coordination of the collection and exchange of financial documents, coordinating and scheduling one mediation conference, providing mediation facilities, assignment of a mediator and other related administrative tasks associated with the mediation conference.  In the event additional mediation conferences are required, the plaintiff will be required to pay a fee of $425 per additional mediation conference;

B.      Fully and accurately complete a Plaintiff's Certification Form which must be electronically transmitted to the RMFM Program and the original filed with the Clerk of the Circuit Court ("Clerk"); and

C.      Fully and accurately complete a Contact Information Form which must be electronically transmitted to the RMFM Program.  Complete and accurate contact information must be provided, to include at a minimum, the last known mailing address and telephone number for the borrower(s).  The plaintiff's counsel must verify that the mailing address and telephone number for the borrower(s) is correct.  The Program Manager is not required to contact the borrower(s) until such information is received and the RMFM Program time frames will be held in abeyance until complete and accurate contact information is provided. The Program Manager will notify plaintiff's counsel of any incomplete or seemingly inaccurate information and plaintiff's counsel will provide correct information promptly.  Failure of the plaintiff's counsel to provide accurate and complete information, including but not limited to, all parties' names, all parties' addresses and all parties' telephone numbers, may result in court sanctions, including but not limited to, dismissal of the case.

C.    Provide an electronic copy of the Notice of Stipulation of Private Certified Foreclosure Mediator to the RMFM Program by uploading the notice to the RMFM Program's web-enabled information platform.

A private certified foreclosure mediator selected by agreement of the parties under this section will be deemed designated as mediator in the case without further order of the court. However, a plaintiff's counsel's failure to timely comply with the all of the opt-out conditions in this section above will result in the case remaining for mediation through the RMFM Program.

The designated private certified foreclosure mediator must be a Supreme Court certified circuit civil mediator who is specially trained in mortgage foreclosure cases. A designated private certified foreclosure mediator must comply with the timelines and exchange of information and documentation outlined by this Order of Referral and is encouraged to facilitate the exchange of information and documentation electronically.

16. The parties must comply with this uniform order and the mediation process must be completed before the plaintiff applies for a default judgment, a summary judgment hearing, or a final hearing in an action to foreclosure the property unless a Notice of Borrower Non-Compliance or a Mediation Report are filed by the Program Manager.

17. If any of the parties fails to comply with the obligations set forth herein to ensure that mediation is accomplished expeditiously, the court may, on its own motion or on motion of any party, dismiss the case, strike pleadings, enter default, remove the case from the summary judgment or trial calendar, or impose any other sanctions that it may deem appropriate under the circumstances.

**DONE AND ORDERED** in Tampa, Hillsborough County, Florida on this _____ day of _____, 20_____.

_____
CIRCUIT COURT JUDGE    ORIGINAL SIGNED

JUN 0 3 2025

CHRISTOPHER C. SABELLA
CHIEF JUDGE

Copies furnished to:

James Michael Cuyler, 13913 Windy Knoll Drive, Riverview, FL 33579

Gavin W Macmillan, Brock & Scott PLLC, 4919 Memorial Hwy Ste 135, Tampa, FL 33634

4